UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYLL VAN SNOWDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN A. CAZARES, et al.,<br><br>    Defendants. | Case No. CV 12-3443 DSF(JC)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, this action is dismissed.

DATED: __10/12/16_____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE